United States Court of Appeals
Fifth Circuit

**F I L E D**

September 5, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-41270
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

MICHAEL TEJEDA

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:00-CR-613-1

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Michael Tejeda appeals the sentence imposed upon his guilty-plea conviction for conspiracy to possess with intent to distribute five kilograms or more of cocaine. See 21 U.S.C. §§ 841, 846. Tejeda argues that the Government breached an implied promise, or bargained away its discretion, to file a motion for downward departure pursuant to U.S.S.G. § 5K1.1. However, there is nothing in the record to indicate that the Government made, much less breached, a promise to file a § 5K1.1 motion for a downward departure or that

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

it "bargained away its discretion" to file such a motion.  See United States v. Hernandez, 17 F.3d 78, 82 (5th Cir. 1994).  Tejeda's argument to the contrary is without merit.

AFFIRMED.